IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES MCALPHIN,** **PLAINTIFF**
**ADC #88328**

v. CASE NO. 4:19-CV-00863 BSM

**SCOTT TAYLOR and**
**KEITH WADDLE** **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 7] is adopted. James McAlphin's claims that Scott Taylor placed him in a cell near Deverick Scott are dismissed without prejudice. McAlphin is required to pay the $400 filing fee if he wants to proceed with his claims against Keith Waddle or his claims relating to the disciplinary hearing, punishment, or retaliation. Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 18th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE