IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES MCALPHIN,**                                                                       **PLAINTIFF**
**ADC #88328**

**v.**                   **CASE NO. 4:19-CV-00863 BSM**

**SCOTT TAYLOR and**
**KEITH WADDLE**                                                     **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 14] is adopted. James McAlphin's claims about the disciplinary hearing and subsequent punishment and alleged retaliation are dismissed without prejudice. Keith Waddle is dismissed without prejudice. Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 22nd day of April, 2020.

                                                                             UNITED STATES DISTRICT JUDGE