# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAMES MCALPHIN,**  **PLAINTIFF**
**ADC #88328**

**v.**    **CASE NO. 4:19-CV-00863 BSM**

**SCOTT TAYLOR and**
**KEITH WADDLE**    **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 20] is rejected. Scott Taylor has seven days to respond and show why a preliminary injunction should not be granted.

IT IS SO ORDERED this 1st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE