# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES MCALPHIN,**                                                                 **PLAINTIFF**
ADC #88328

v.                                        CASE NO. 4:19-CV-00863-BSM

**SCOTT TAYLOR**                                                                    **DEFENDANT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 36] is adopted. The motion for summary judgment [Doc. No. 26] is granted and James McAlphin's claims against defendant Taylor are dismissed without prejudice. Accordingly, McAlphin's complaint [Doc. No. 2] is dismissed without prejudice.

IT IS SO ORDERED this 14th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE