# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAMES MCALPHIN,**                                                      **PLAINTIFF**
ADC #88328

**v.**                          **CASE NO. 4:19-CV-00863-BSM**

**SCOTT TAYLOR**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE